U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 8

Case No.: 8:21-mj-1991-SPF

UNITED STATES OF AMERICA

vs.

Jeremy Brown

Date Identified: 10\5\2021

Date Admitted: 10\5\2021

