UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:21-mj-01990-SPF

JEREMY BROWN

## UNITED STATES' STATUS REPORT

The United States hereby files this Status Report in response to the Court's Order dated May 25, 2023, and states in support thereof as follows:

1. On September 30, 2021, in the Middle District of Florida, the Defendant was arrested pursuant to a criminal complaint from the U.S. District Court for the District of Colombia. On October 1, 2021, the Defendant was charged by criminal complaint with additional crimes committed in the Middle District of Florida.

2. On November 8, 2021, the Defendant moved the Court to stay his Rule 5 Transfer to the District of Colombia so that he could resolve his charges in this District (DE22). The Court granted that Motion (DE23).

3. The Defendant has since been convicted and sentenced for his crimes in the Middle District of Florida, and there are no further proceedings to be conducted in that matter. His crimes in the District of Colombia remain pending.

4. The undersigned AUSA has conferred with counsel for the Defendant, Roger Futerman. The parties agree that the Stay of the Rule 5 Transfer should be lifted so that the Defendant can be transferred to the District of Colombia.

        Respectfully submitted,

        ROGER B. HANDBERG  
        United States Attorney

By:   */s/ Daniel J. Marcet*  
      Daniel J. Marcet, AUSA  
      Florida Bar No. 0114104  
      400 N. Tampa St., Ste. 3200  
      Tampa, FL 33602-4798  
      Telephone: (813) 274-6000  
      E-mail: Daniel.Marcet@usdoj.gov

U.S. v. Jeremy Brown                                    Case No. 8:21-cr-348-SCB-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Roger Futerman, Esq.

                                          */s/ Daniel J. Marcet*
                                          Daniel J. Marcet
                                          Assistant United States Attorney
                                          Florida Bar No. 0114104
                                          400 N. Tampa St., Ste. 3200
                                          Tampa, FL 33602-4798
                                          Telephone: (813) 274-6000
                                          Facsimile: (813) 274-6358
                                          E-mail: Daniel.Marcet@usdoj.gov